UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIVIAN L. OQUENDO,<br><br>                      Plaintiff,<br><br>-against-<br><br>MERRICK B. GARLAND, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE,<br><br>                      Defendant. | 23-cv-2471 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    On September 5, 2023, attorney J. Michael King moved for leave to withdraw as attorney of record for Plaintiff. *See* ECF No. 14. No later than **Friday, September 8, 2023**, Plaintiff must file via ECF a letter indicating whether Plaintiff's other attorney of record, Marshall Benjamin Bellovin, will continue representation of Plaintiff if the motion is granted.

    SO ORDERED.

Dated: September 6, 2023
        New York, New York

                                                            ARUN SUBRAMANIAN
                                                         United States District Judge