UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIVIAN L. OQUENDO,<br><br>       Plaintiff,<br><br>-against-<br><br>MERRICK B. GARLAND, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE,<br><br>       Defendant. | 23-cv-2471 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  As stated during the conference held on September 11, 2023, the Court issues the following orders:

1. Counsel for Plaintiff is hereby ORDERED to file a letter no later than **September 18, 2023,** advising the Court of the status of Ms. Oquendo's representation in this case.

2. The initial pretrial conference is rescheduled for **September 25, 2023 at 11:30 AM**. The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 484 665 769, followed by the pound (#) sign.

3. The parties are hereby ORDERED to file on ECF a joint letter and a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than **September 21, 2023**. The contents of the joint letter are outlined in ECF No. 13.

  SO ORDERED.

Dated: September 12, 2023
   New York, New York

                           ARUN SUBRAMANIAN
                           United States District Judge