UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

VIVIAN L. OQUENDO,

                *Plaintiff*,

  -against-

MERRICK B. GARLAND, ATTORNEY
GENERAL, U.S. DEPARTMENT OF JUSTICE,

                *Defendant*.
-------------------------------------------------------------X

Case No. 1:23-cv-02471 (AS)

**ORDER ON MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD**

    The motion of J. Michael King for leave to withdraw as attorney of record for Plaintiff Vivian L. Oquendo in the above-captioned matter having been considered, the motion is hereby GRANTED.

    SO ORDERED.

Dated:  October 30, 2023

                                                          _____
                                                            ARUN SUBRAMANIAN
                                                          United States District Judge